UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANO & ROSA VIDRIO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DUXFORD FINANCIAL, INC., et al.,<br><br>　　　　　Defendants. | Case No. EDCV 09-01413-VAP (CWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant Duxford Financial, Inc. is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  October 16, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Virginia A. Phillips_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge