UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIANO & ROSA VIDRIO, | ) | Case No. EDCV 09-01413-VAP (CWx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| DUXFORD FINANCIAL, INC., et al., | ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants Mortgage Electronic Registration Systems, Inc. and JP Morgan Chase Bank, NA is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  October 16, 2009

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge